JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9487 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

June 4, 2026

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Diaz v. 19 Wyckoff Services LLC, et al* – Case No. 1:25-cv-6072 – Joint Status Report**

Dear Judge Scanlon,

We represent the Plaintiffs in the above-referenced action, and we write jointly with Defendants, pursuant to the Court's November 26, 2025, Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Discovery and Mediation Schedule ("Order") (Dkt. No. 6) and the Court's April 24, 2026 Minute Order, to provide the Court with a joint status report.

On June 2, 2026, the parties engaged in an all day private mediation. While the case has not settled, the parties will continue to engage each other, with the help of the mediator, in further settlement discussions over the coming weeks.

Nevertheless, pursuant to the Order ¶ 4, the parties propose that the Court issue the following discovery schedule:

- Rule 26 Initial Dislcosures by June 19, 2026
- Initial Discovery Requests by June 19, 2026
- Plaintiff's Motion for Preliminary Certification of FLSA Collective by June 26, 2026
- Fact Discovery completed by December 11, 2026.

Plaintiff notes that Plaintiff brings her claims on a class and collective basis, and that, depending on the timing and outcome of Plaintiff's preliminary certification of an FLSA collective and Rule 23 motions, Plaintiff may request additional time for discovery related to the class and collective claims.

1

We thank your Honor for your careful consideration of this matter.

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640

*Attorney for Plaintiffs, and the*
*Putative Collective and Class*