## Joseph & Kirschenbaum LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9487 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

June 25, 2026

**VIA ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Diaz v. 19 Wyckoff Services LLC, et al*** **– Case No. 1:25-cv-6072 – Letter Request to Extend Deadline to Submit Motion for FLSA Collective Certification**

Dear Judge Scanlon,

We represent the Plaintiffs in the above-referenced action, and we write pursuant to your Honor's Individual Rule 2(B) with the consent of Defendants to request an extension of the deadline by which Plaintiffs must file their Motion for Preliminary Certification of and FLSA Collective.

As the Court is aware, this is a wage and hour Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") case. On June 2, 2026, the parties engaged in an all day private mediation. While the case has not settled, the parties have continued to engage each other in productive settlement discussions, with the help of the mediator, over the past few weeks. On June 4, 2026, the parties submitted a joint status update, proposing various deadlines for this case, including a deadline of June 26, 2026, for Plaintiffs to file a Motion for Preliminary Certification of FLSA Collective. *See* Dkt. No. 19.

To allow the parties to continue to explore resolution of this matter without incurring potentially unnecessary costs, Plaintiffs now request that the Court extend the June 26 proposed deadline for Plaintiffs to file a Motion for Preliminary Certification of an FLSA Collective two weeks, until July 10, 2026. This is the first request for an extension of this deadline. Defendants consent to this request. This extension does not affect any other deadlines in the case.

We thank your Honor for your careful consideration of this matter.

Respectfully Submitted,

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640

*Attorney for Plaintiffs, and the*
*Putative Collective and Class*